Peter I. Ostroff (SBN 045718)
postroff@sidley.com
Amy P. Lally (SBN 198555)
alally@sidley.com
Michelle B. Goodman (SBN 218607)
mgoodman@sidley.com
SIDLEY AUSTIN LLP
555 West 5th Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiff
FG Hemisphere Associates LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FG Hemisphere Associates, L.L.C., <br><br>  Plaintiff, <br><br> vs. <br><br> Democratic Republic Of Congo (Formerly Republic of Zaire); Societe Nationale D' Electricite; Does 1 Through 11, Inclusive, <br><br> Defendants. | No.: CV-04-9816 CBM (VBKx) <br><br> **DECLARATION OF PETER I. OSTROFF IN SUPPORT OF FG HEMISPHERE ASSOCIATES, L.L.C.'S BRIEF REGARDING THE "COMMERCIAL ACTIVITY" EXCEPTION TO THE FOREIGN SOVEREIGN IMMUNITIES ACT** <br><br> Date: January 10, 2011 <br> Time: 10:00 a.m. <br> Place: Courtroom 2 <br><br> Honorable Consuelo B. Marshall |

DECL. OF PETER OSTROFF RE COMMERCIAL ACTIVITY EXCEPTION TO FSIA

I, Peter I. Ostroff, declare as follows:

1. I am a partner with the law firm of Sidley Austin LLP, counsel to plaintiff FG Hemisphere Associates, L.L.C. ("FG") in the above-captioned matter. I am admitted to practice before the Supreme Court of California and the United States District Court for the Central District of California. I make this Declaration in support of FG's Brief Regarding The "Commercial Activity" Exception To The Foreign Sovereign Immunities Act. I have personal knowledge or I have been informed of the facts set forth below. I am informed that Defendants the Democratic Republic of Congo ("DRC") and its state-owned electric company, Societe Nationale D'Electricite ("SNEL") entered into a credit agreement with EnergoInvest DD in 1980 to finance the construction of a high-tension electric transmission line in the DRC. After the construction was completed, Defendants defaulted on their payment obligations under the initial agreement and a later rescheduling agreement, EnergoInvest DD filed a petition for arbitration with the International Court of Arbitration of the International Chamber of Commerce (the "ICC Court"). Both the DRC and SNEL signed the reference and SNEL appeared and defended.

2. On April 30, 2003, the ICC Court entered an award of approximately $11.7 million plus interest, costs and fees against Defendants ("Arbitration Award I").

3. In 1986, Defendants and EnergoInvest DD entered into a second credit agreement to finance the construction of a hydroelectric facility on the Ubangi River. After Defendants defaulted on their payment obligations under this agreement, EnergoInvest DD again filed a petition for arbitration with the ICC Court. Both the DRC and SNEL signed the reference and SNEL appeared and defended.

4. On April 30, 2004, the ICC Court awarded EnergoInvest DD approximately $18.4 million plus interest, costs and fees ("Arbitration Award II").

5. FG pursued enforcement actions against the DRC based on the arbitration awards in several foreign jurisdictions in which its assets were located,

1
DECL. OF PETER OSTROFF RE COMMERCIAL ACTIVITY EXCEPTION TO FSIA

1  including the Jersey Channel Islands, Bermuda, Hong Kong, South Africa, Belgium
2  and Australia.   FG also undertook enforcement proceedings in the United States
3  District Court for the District of Columbia.

4        6.     Attached hereto as Exhibit A is a true and correct copy of the
5  Certification of Judgment for Registration in Another District, filed in this action on
6  December 2, 2004.  Attached to the Certification is a copy of the Judgment and Order
7  and Memorandum Opinion and Order entered by the United States District Court for
8  the District of Columbia on September 19, 2004 confirming Arbitration Award I.

9        7.     Attached hereto as Exhibit B is a true and correct copy of the
10 Certification of Judgment for Registration in Another District, filed in this action on
11 July 14, 2005.  Attached to the Certification is a copy of the Judgment and Order and
12 Memorandum Opinion and Order entered by the United States District Court for the
13 District of Columbia on January 31, 2005, confirming Arbitration Award II.

14       8.     Attached hereto as Exhibit C is a true and correct copy of excerpts
15 from the May 13, 2008 deposition of Mel Hancock and certain exhibits to that
16 deposition.

17       9.     Attached hereto as Exhibit D is a true and correct copy of excerpts
18 from the May 14, 2008 deposition of Philip Norby.

19       10.    Attached hereto as Exhibit E is a true and correct copy of excerpts
20 from the May 14, 2008 deposition of Joey Przybilla and certain exhibits to that
21 deposition.

22       11.    Attached hereto as Exhibit F is a true and correct copy of Unocal's
23 Response to Questions Specified In Discovery Order dated January 25, 2010.

24
25
26
27
28

DECL. OF PETER OSTROFF RE COMMERCIAL ACTIVITY EXCEPTION TO FSIA

1       Executed this 21st day of October, 2010.  I declare under penalty of
2 perjury under the laws of the United States and the State of California that the
3 foregoing is true and correct.

                                    /s/ Peter I. Ostroff
4                                   Peter I. Ostroff

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )  ss
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On October 21, 2010, I served the foregoing document: **DECLARATION OF PETER I. OSTROFF IN SUPPORT OF FG HEMISPHERE ASSOCIATES, L.L.C.'S BRIEF REGARDING THE "COMMERCIAL ACTIVITY" EXCEPTION TO THE FOREIGN SOVEREIGN IMMUNITIES ACT** on all interested parties in this action as follows:

Malouf Stephen F
3811 Turtle Creek Blvd., Suite 1600
Dallas, TX 75219
(214) 969-7373
**Via FedEx - Overnight Delivery**

| | |
|---|---|
| Ministere des Affaires Etrangeres<br>Attn: Monsieur le Ministre des Affaires Etrangeres<br>Place de L'Independence<br>Boite Postale 7100<br>Kinshasa-Gombe<br>Republique Democratique du Congo<br>**Via FedEx (International)** | Ministere de la Justice et Garde des Sceaux<br>Attn: Monsieur le Ministre de la Justice et Garde des Sceaux<br>Palais de Justice<br>Place de L'Independence<br>Kinshasa-Gombe<br>Republique Democratique du Congo<br>**Via FedEx(International)** |

☒   (VIA OVERNIGHT COURIER ) I caused each such document(s) to be sent by **FEDEX (overnight delivery) and FedEx International Priority** for standard express delivery. I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope, with fees thereon fully prepaid, for collection and delivery at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and delivery of express carrier package for delivery with. Under that practice, the package(s) would be delivered to an authorized courier or dealer authorized by FEDEX to receive document(s) on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2010, at Los Angeles, California.

/s/ Lillian Bernal Ruiz
_____
Lillian Bernal Ruiz

LA1 1898253v.1